1
2
3
4
5
6
7
8
9                    **UNITED STATES DISTRICT COURT**
10                          **DISTRICT OF NEVADA**
11
12  UNITED STATES OF AMERICA,    )    3:13-cr-00053-HDM-WGC
                                 )
13              Plaintiff,       )
                                 )    ORDER
14  vs.                          )
                                 )
15  LESTER ROGER DECKER,         )
                                 )
16              Defendant.       )
    _____)
17
       The government shall file any response to the motion defendant
18
    has denominated as "Motion in Limine #1" (#62) by noon on Friday,
19
    November 22, 2013.
20
       IT IS SO ORDERED.
21
       DATED: This 19th day of November, 2013.
22
23
                         _____
24                          UNITED STATES DISTRICT JUDGE
25
26
27
28