# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:13-cr-00053-HDM-WGC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| LESTER ROGER DECKER, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the defendant's motion to unseal the grand jury proceedings, filed on March 10, 2014 (#137).  The government has opposed (#140), and defendant has replied (#141).  The indictment in this action was returned on May 1, 2013.  Defendant was tried from December 16, 2013, to December 19, 2013.  Since the jury's verdict, the court has decided both defendant's renewed motion for judgment of acquittal and his motion for reconsideration.  Defendant did not seek the unsealing of the grand jury transcripts until filing his reply to the motion for reconsideration.  The application to unseal the grand jury

1

1  transcripts is therefore untimely.  Moreover, defendant has failed
2  to articulate any reasonable basis for concluding the court's
3  rulings of February 12, 2014, and March 11, 2014, would be any
4  different upon consideration of the grand jury transcript.  The
5  defendant's motion to unseal (#137) is accordingly **DENIED**.
6      IT IS SO ORDERED.
7      DATED: This 18th day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE