# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 3:13-cr-00053-HDM-WGC |
| | 3:17-cv-00006-HDM |
| Plaintiff, | |
| | ORDER |
| vs. | |
| LESTER ROGER DECKER, | |
| Defendant. | |

Defendant's motion for an enlargement (ECF No. 169) is granted. Defendant shall have to and including May 23, 2017, within which to file any reply to the government's response (ECF No. 167) to the defendant's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 163).

IT IS SO ORDERED.

DATED: This 13 day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE

1