**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:13-cr-00053-HDM-WGC |
| ) | 3:17-cv-00006-HDM |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| LESTER ROGER DECKER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Defendant Lester Roger Decker ("defendant") has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 (ECF No. 163). The government has responded (ECF No. 167), and defendant has replied (ECF No. 173).

Defendant's motion raises a number of ineffective assistance of counsel claims. In order to evaluate the defendant's claims, the court hereby orders the government to secure and file affidavits of Julie Cavanaugh-Bill, John Neil Stephenson, and Karena K. Dunn that respond to the allegations of ineffective

1

assistance asserted against them.  The government shall file said affidavits no later than September 5, 2017.  Thereafter, the defendant shall have until September 19, 2017, to file any response to the affidavits, and the government shall have until September 26, 2017, to file any reply.

    IT IS SO ORDERED.

    DATED: This 1st day of August, 2017.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE